IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RANDY YOUNG,**

    **Plaintiff,**

vs.

    Case No. C2-07-394
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Terence P. Kemp

**7 STAR ENTERTAINMENT,**

    **Defendant.**

## ORDER

The parties have represented to the Court that they are "in the process" of settling this matter, and move to vacate the settlement conference, currently scheduled for October 21, 2008. The Motion is **GRANTED**. The parties are **DIRECTED** to submit an appropriate dismissal entry by **NOVEMBER 5, 2008**. If the dismissal entry is not filed by November 5, 2008, counsel must be prepared for and attend the Final Pretrial Conference on November 6, 2008 at 9:00 A.M.

**IT IS SO ORDERED.**

10-20-2008
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**